EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Medidas Judiciales ante situación de emergencia de salud por el Covid-19 | 2020 TSPR 31<br><br>204 DPR \_\_\_\_\_ |

Número del Caso: EM-2020-03

Fecha: 16 de marzo de 2020

Materia: Extensión de Términos Judiciales.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Medidas Judiciales ante situación de emergencia de salud por el Covid-19

EM-2020-03

RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de marzo de 2020.

El 12 de marzo de 2020 la Gobernadora de Puerto Rico, Hon. Wanda Vázquez Garced, decretó un estado de emergencia por la amenaza que representa la pandemia mundial por la propagación de COVID-19 (coronavirus). Como medida adicional, el 15 de marzo de 2020, la Gobernadora de Puerto Rico emitió una Orden Ejecutiva para hacer viables los cierres necesarios y controlar el riesgo de contagio. El cierre total y la determinación de un toque de queda aplica a entes gubernamentales y privados desde el 16 de marzo hasta el 30 de marzo de 2020. El mismo 15 de marzo de 2020 el Poder Judicial anunció el cierre de operaciones, y suspendió todas las vistas y asuntos citados en los tribunales del país hasta el 30 de marzo de 2020. Durante este periodo, sólo se atenderán asuntos urgentes como vistas de causa para arresto (Regla 6), órdenes de protección, solicitudes de traslado de menores fuera de la jurisdicción, otros asuntos de familia y menores de carácter urgente, y órdenes de ingreso involuntario a la luz de la Ley de Salud Mental, para nombrar algunos.

Como resultado y al amparo de nuestra facultad para reglamentar los procedimientos judiciales al computar los términos en las distintas leyes, reglas o

reglamentos a los procedimientos y trámites judiciales de los casos y asuntos que se celebran en todas las Regiones Judiciales, se aplicarán los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs.

Cualquier término que venza durante las fechas del 16 de marzo de 2020 hasta el 14 de abril de 2020, se extenderá hasta el miércoles, 15 de abril de 2020.

Se ordena la difusión inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

El Juez Asociado, señor Martínez Torres, está conforme y emite las siguientes expresiones:

Estoy conforme con la decisión de extender los términos. Luego de la cancelación de labores no tenemos alternativa. No obstante, esto no significa mi anuencia a una Orden Ejecutiva imprecisa que puede adolecer de problemas constitucionales de ambigüedad y sobreextensión.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo